**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **ADONIS MISAEL REYES LOBO,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-25-CV-561-KC** |
| | § | |
| **KRISTI NOEM et al.,** | § | |
| | § | |
| **Respondents.** | § | |

**<u>ORDER</u>**

On this day, the Court considered the case. On December 4, 2025, the Court granted in part Reyes Lobo's Petition for Writ of Habeas Corpus and ordered Respondents to either (1) provide him with a bond hearing before an IJ, at which the Government was to bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, his continued detention; or (2) release him from custody, under reasonable conditions of supervision. Dec. 4, 2025, Order 10, ECF No. 6. Respondents have now informed the Court that Reyes Lobo has been released from custody. Notice, ECF No. 7.

It appears that the only remaining matter to be resolved in this case is Reyes Lobo's request for an award of attorneys' fees under the Equal Access to Justice Act ("EAJA"). *See* Pet. 74, ECF No. 1; *see generally* Dec. 4, 2025, Order. However, successful immigration habeas petitioners are not entitled to attorneys' fees under the EAJA. *Barco v. Witte*, 65 F.4th 782, 785 (5th Cir. 2023). Accordingly, **the Clerk shall close the case**.

**SO ORDERED**.

SIGNED this 12th day of December, 2025.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE